UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVERTH ORLANDO RODAS-ARIAS, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> MICHAEL PITTS in his Official Capacity as § <br> Director of the San Antonio Field Office of § <br> Immigration and Customs Enforcement, § <br> CHAD WOLD in his Official Capacity as § <br> Acting Secretary for the Department of § <br> Homeland Security, MATTHEW ALBENCE § <br> in his Official Capacity as Acting Director of § <br> Immigration and Customs Enforcement, § <br> WILLIAM BARR in his Official Capacity as § <br> Attorney General of the United States, and § <br> RAY CASTRO in his Official Capacity as § <br> Warden of the South Texas Detention Facility, § <br> § <br> Respondents. § | | SA-20-CA-98-XR (HJB) |

**ORDER SETTING HEARING**

Before the Court is Petitioner's Ex Parte Motion to Expedite Proceedings. (Docket Entry 2) It is hereby **ORDERED** that Petitioner's motion is set for hearing on **February 7, 2020**, at **10:30 A.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César Chávez Boulevard, San Antonio, Texas, 78206.[1]

The incarcerated Petitioner is represented by counsel and it is not necessary that he be brought to this hearing.

**SIGNED** on January 30, 2020.

Henry J. Bemporad
United States Magistrate Judge

---

1 Although Petitioner seeks *ex parte* relief, the Court declines to consider the motion on an *ex parte* basis.