UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVERTH ORLANDO RODAS-ARIAS, | § § § § | |
| Petitioner, | § § | |
| v. | § § | SA-20-CA-98-XR |
| MICHAEL PITTS in his Official Capacity as Director of the San Antonio Field Office of Immigration and Customs Enforcement, CHAD WOLD in his Official Capacity as Acting Secretary for the Department of Homeland Security, MATTHEW ALBENCE in his Official Capacity as Acting Director of Immigration and Customs Enforcement, WILLIAM BARR in his Official Capacity as Attorney General of the United States, and RAY CASTRO in his Official Capacity as Warden of the South Texas Detention Facility, | § § § § § § § § § § § § § § | |
| Respondents. | § | |

**ORDER**

In light of the Petitioner's Notice of Dismissal (Docket Entry 7) filed on today's date, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

It is **FURTHER ORDERED** that the hearing scheduled on February 7, 2020, is hereby **CANCELLED** and the parties are excused from appearing on that date.

**SIGNED** on January 30, 2020.

Henry J. Bemporad
United States Magistrate Judge